UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MILTON WILLIAMS, :
:
                Plaintiff, :
: 25-CV-1797 (VSB)
       -against- :
: **ORDER**
PARK AVENUE DERMATOLOGY :
ASSOCIATES, P.C., :
:
                Defendant. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On March 3, 2025, Plaintiff filed this action against Defendants. (Doc. 1.) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff's deadline to effectuate service on Defendant was June 2, 2025. To date, Plaintiff has not obtained a summons, filed an affidavit of service, or taken any other action to prosecute this case. On June 12, 2025, I ordered Plaintiff to file a letter demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 4.) I specifically warned Plaintiff that "failure to submit a letter and to demonstrate good cause for failure to serve Defendant within ninety days after the complaint was filed will result in dismissal of this action." (*Id.*) Because Plaintiff has failed to do so, this case is dismissed under Rule 4(m).

      The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:     July 15, 2025
             New York, New York

                                                    VERNON S. BRODERICK
                                                    United States District Judge